UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| BRENT L. VANGSNESS,<br><br>    Petitioner,<br><br>v.<br><br>W.A. DUNCAN, Warden,<br><br>    Respondents. | No. CV 98-7044-WMB (BQR)<br><br>AMENDED ORDER |

On March 25, 1999, petitioner filed "Objections to the Magistrate-Judge's Report & Recommendation" filed March 11, 1999. In this document petitioner states that he delivered his habeas petition to prison authorities on April 22, 1997 to be filed in the California Supreme Court; thereby timely filing within the one year statute of limitation.

IT IS ORDERED that respondents file a document with the Court addressing this issue and whether the statute of limitations would be tolled. In addition, the respondent shall also address the issue of exhaustion. Respondents document shall be filed no later than May 17, 1999. Petitioner may then if he wishes file a reply no later than May 24, 1999.

ENTERED ON ICMS 4/29

15

1  Once the Court is in receipt of all moving papers, the court
2  will issue an Order or set a hearing date.
3
4  DATED: April 26, 1999         /S/ [signature]
                                 BRIAN QUINN ROBBINS
5                                UNITED STATES MAGISTRATE JUDGE
6
...
25  V\VANGSNESS7.044\ORDER.2