UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No. CV 98-7044-WMB (BQR)        Date August 9, 1999

Title BRENT LOUIS VANGSNESS v. WILLIAM A. DUNCAN, Warden

============================================================
DOCKET ENTRY

============================================================
PRESENT:

Hon. BRIAN QUINN ROBBINS, MAGISTRATE JUDGE

Liz Padilla          N/A
Deputy Clerk         Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

N/A                                      N/A

PROCEEDINGS: (IN CHAMBERS)

IT IS HEREBY ORDERED that the Report and Recommendation filed on March 12, 1999 is Vacated.

Deputy Clerk's Initials ___

cc: Judge Robbins
    Parties of Record

V\VANGSNESS7.044\MINUTE.ORD

ENTERED ON ICMS  AUG 11 1999